IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY D. VINES, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case No.  2:04-cv-00863-HGD |
| | ) |
| WINN-DIXIE MONTGOMERY, INC., | ) |
| | ) |
| Defendant | ) |

## **DISMISSAL ORDER**

Defendant filed a Chapter 11 bankruptcy petition in the Bankruptcy Court of the Southern District of New York on February 21, 2005.  The court therefore stayed these proceedings by order entered February 28, 2005.  On the court's own motion, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE to plaintiff to petition to reinstate this action to pursue any claim embraced herein against defendant not adjudicated in, or discharged by, the proceedings in the Bankruptcy Court.  Such reinstatement, when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of the action.

DONE this 24th day of September, 2007.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE